

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00108-CV

**IN THE MATTER OF B.B.**,

From the 436th District Court, Bexar County, Texas
Trial Court No. 2016JUV01469
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

On August 3, 2018, this appeal was abated to the trial court for the appointment of new appellate counsel. On August 15, 2018, a supplemental clerk's record was filed containing the trial court's order appointing new appellate counsel. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellee's brief must be filed no later than thirty days from the date of this order.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court